**COURTROOM MINUTES**                                                    **CLERK, U. S. DISTRICT COURT**
                                                                          **SOUTHERN DISTRICT OF TEXAS**

THE HONORABLE ___JOHN R. FROESCHNER___ Presiding

                                                                          **FILED**

Deputy Clerk: ___S. Anderson___
                                                                          ___June 8, 2015___
                                                                          **CLERK OF COURT**

PROCEEDING HELD:

☑ INITIAL APPEARANCE    ☐ IDENTITY / REMOVAL          OPEN: __11:13__    ADJOURN: __11:18__
☐ BOND HEARING          ☐ PRELIMINARY HEARING         RECESS FROM: _____ TO: _____
☐ DETENTION HEARING     ☐ COUNSEL DETERMINATION HEARING
☐ HEARING CONTINUED ON _____                                 ☐ Other District ☐ Division
☐ OTHER _____               Case No. _____

☐ Ct Rptr                ☑ ERO: __CC__                        ☐ Deft ☐ MW - ☐ does need an interpreter.
USPO ☐ PTSO ☑ __Cynthia Moreno__        INTERPRETER PRESENT: ☐ No ☐ Yes, Name: __None Needed__

☐ CR ☑ MJ  __G-15-32__        DEFT No. __1__    USDJ _____

UNITED STATES OF AMERICA          §          _____, AUSA
vs                                §
                                  §
__DENNIS P.M. HUGHES__            §    __NEAL DAVIS__        Retained Counsel for Dft

☑ . . . .  Date of arrest: __6/5/15__ and/or ☐ Rule5, 32.1 and/or 40
☑ . . . .  Deft first appearance - advised of rights/charges ☐ Probation / Supervised Release Violator ☐ Pretrial Service Violator
☑ . . . .  ☑ Deft ☐ Material Witness _____ appeared ☑ with ☐ without counsel.
☐ . . . .  Requests appointed counsel.
☑ . . . .  FINANCIAL AFFIDAVIT executed.
☐ . . . .  ORDER Appointing Federal Public Defender.
☐ . . . .  ORDER Appointing CJA Counsel - appointed, _____
☐ . . . .  ORDER of Partial Reimbursement to CJA Fund. ☐ ORAL ORDER re: Dft to Reimburse CJA Fund $ _____.
☑ . . . .  Deft advises he / she will retain counsel. Deft retained __Neal Davis__
☐ . . . .  Bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ PR ☐ Unsecured ☐ $ _____ Deposit.
☐ . . . .  Bond ☐ revoked ☐ reinstated ☐ continued.
☐ . . . .  Surety signatures required _____, _____.
☐ . . . .  No bond set at this time, 10 day DETENTION ORDER entered.
☑ . . . .  ORDER OF TEMPORARY DETENTION PENDING HEARING entered.
☐ . . . .  ORDER OF DETENTION PENDING TRIAL entered.
☐ . . . .  ORDER SETTING CONDITIONS OF RELEASE executed.
☐ . . . .  BOND EXECUTED, ☐ Deft ☐ MW released ( ☐ State Authorities, ☐ INS )
☑ . . . .  ☑ Deft ☐ Material Witness REMANDED to CUSTODY.
☐ . . . .  Deft ORDERED REMOVED to Originating District.
☐ . . . .  WAIVER of Preliminary Hearing ☐ . . Limited Waiver of Rule 5 Hearing ☐ . . Waiver of Detention Hearing
☐ . . . .  Court finds ☐ PROBABLE CAUSE ☐ IDENTITY .
☐ . . . .  Arraignment set _____ ☑ . . . Detention Hearing set __6/10/15 @ 1:30 pm__
☑ . . . .  Preliminary set __6/10/15 @ 1:30 pm__ ☐ . . . . Bond Hearing set _____
☐ . . . .  Counsel Determination Hearing set _____ ☐ . . . .Identity / Removal Hearing set _____
☐ . . . .  Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
☐ . . . .  OTHER.