IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-15-MJ-32 |
| | § | |
| DENNIS P.M. HUGHES | § | |

## ORDER OF DETENTION PENDING HEARING

It is **ORDERED** the **Preliminary and Detention Hearing** is **SET** for **Wednesday, June 10, 2015, commencing at 1:30 p.m.**, before this Court at the United States Courthouse, 601 Rosenberg (25th Street), 7th Floor Courtroom, Galveston, Texas.

Pending this Hearing, Defendants **SHALL** be held in the custody of the United States Marshal and produced at such Hearing.

**DONE** at Galveston, Texas, this ____8th____ day of June, 2015.

_____
John R. Froeschner
United States Magistrate Judge