COURTROOM MINUTES                                                    CLERK, U.S. DISTRICT COURT
                                                                     SOUTHERN DISTRICT OF TEXAS

THE HONORABLE   JOHN R. FROESCHNER   Presiding
                                                                     FILED
Deputy Clerk:   S. Anderson
                                                                     June 10, 2015
                                                                     CLERK OF COURT

PROCEEDING HELD:

- [ ] INITIAL APPEARANCE   [ ] IDENTITY / REMOVAL          OPEN: 1:40       ADJOURN: 3:40
- [ ] BOND HEARING         [x] PRELIMINARY HEARING         RECESS FROM: 3:20   TO: 3:30
- [x] DETENTION HEARING    [ ] COUNSEL DETERMINATION HEARING
- [ ] HEARING CONTINUED ON _____                    [ ] Other District   [ ] Division
- [ ] OTHER _____                                   Case No. _____

[ ] Ct Rptr _____   [x] ERO: CC                     [ ] Deft [ ] MW - [ ] does need an interpreter.
USPO [ ]  PTSO [x] _____   INTERPRETER PRESENT: [ ] No [ ] Yes, Name: _____

[ ] CR  [x] MJ   G-15-32      DEFT No.  1     USDJ _____

UNITED STATES OF AMERICA           §         SHERRI ZACK                    , AUSA
vs                                 §
                                   §
DENNIS P.M. HUGHES                 §         NEAL DAVIS          Retained Counsel for Dft

- [ ] .... Date of arrest: _____ and/or [ ] Rule 5, 32.1 and/or 40
- [ ] .... Deft first appearance - advised of rights/charges [ ] Probation / Supervised Release Violator [ ] Pretrial Service Violator
- [x] .... [x] Deft [ ] Material Witness _____ appeared [x] with [ ] without counsel.
- [ ] .... Requests appointed counsel.
- [ ] .... FINANCIAL AFFIDAVIT executed.
- [ ] .... ORDER Appointing Federal Public Defender.
- [ ] .... ORDER Appointing CJA Counsel - appointed, _____
- [ ] .... ORDER of Partial Reimbursement to CJA Fund.  [ ] ORAL ORDER re: Dft to Reimburse CJA Fund $ _____
- [ ] .... Deft advises he / she will retain counsel.  Deft retained _____
- [x] .... Bond [x] set [ ] reduced to $ 50,000.00  [ ] Cash [x] Surety [ ] PR [ ] Unsecured [x] $ 5,000.00 Deposit.
- [ ] .... Bond [ ] revoked [ ] reinstated [ ] continued.
- [x] .... Surety signatures required   Claire Hughes - wife  , _____.
- [ ] .... No bond set at this time, 10 day DETENTION ORDER entered.
- [ ] .... ORDER OF TEMPORARY DETENTION ~~PENDING HEARING~~ entered.
- [ ] .... ORDER OF DETENTION PENDING HEARING entered.
- [ ] .... ORDER SETTING CONDITIONS OF RELEASE executed.
- [x] .... BOND EXECUTED, [x] Deft [ ] MW released ( [ ] State Authorities, [ ] INS )
- [ ] .... [ ] Deft [ ] Material Witness REMANDED to CUSTODY.
- [ ] .... Deft ORDERED REMOVED to Originating District.
- [ ] .... WAIVER of Preliminary Hearing   [ ] .... Limited Waiver of Rule 40 Hearing   [ ] .. Oral Waiver of Detention Hearing
- [ ] .... Court finds [ ] PROBABLE CAUSE  [ ] IDENTITY .
- [ ] .... Arraignment set _____        [ ] .... Detention Hearing RESET _____
- [ ] .... Preliminary set _____        [ ] .... Bond Hearing set _____
- [ ] .... Counsel Determination Hearing set _____   [ ] ....Identity / Removal Hearing set _____
- [ ] .... Deft failed to appear. Oral ORDER for ISSUANCE OF BENCH WARRANT. Bond FORFEITED.
- [ ] .... **OTHER.**