

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-15-MJ-32 |
| | § | |
| DENNIS P.M. HUGHES | § | |

**RECEIPT OF PASSPORT**

I acknowledge receipt of the _____United States of America_____ passport of _____Dennis P.M. Hughes_____, Passport No. _____USA XXXXXXXX_____, which is being **SURRENDERED** by the named Defendant.


____6/10/15____                                Dennis P.M. Hughes
Date                                           Printed Name of Defendant
                                               or Attorney/Representative for Defendant


                                                /s/delivered by wife, Claire Hughes to Court
                                               Signature  of Defendant
                                               or Attorney/Representative for Defendant



                                               CLERK OF COURT

____6/10/15____                        By: __/s/ Sheila R. Anderson__
Date                                           Deputy Clerk