

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF TEXAS

### GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. G-15-MJ-32 |
| | § |
| DENNIS P.M. HUGHES | § |

## RECEIPT OF PASSPORT

I acknowledge receipt of the ____United States of America____ passport of ____Dennis P.M. Hughes____, Passport No. ____USA 488910024____, which is being SURRENDERED by the named Defendant.

____6/10/15____  
Date

Dennis P.M. Hughes  
Printed Name of Defendant  
or Attorney/Representative for Defendant

/s/delivered by wife, Claire Hughes to Court  
Signature of Defendant  
or Attorney/Representative for Defendant

CLERK OF COURT

____6/10/15____  
Date

By: /s/ Sheila R. Anderson  
Deputy Clerk